# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

911 RESTORATION, LLC                                                                PLAINTIFF

V.                                                     CAUSE NO. 3:18-CV-00191-CWR-FKB

WHITNEY WHITE WILSON                                            DEFENDANT

## ORDER REMANDING TO STATE COURT

911 Restoration has removed this lawsuit to federal court on two jurisdictional grounds: federal question and diversity.[1] Neither ground is fertile. Federal question jurisdiction is allegedly founded on a counter-claim, which "does not establish arising under jurisdiction."[2] Diversity jurisdiction is allegedly founded on a dispute regarding $20,488.50 exclusive of costs and interest,[3] far below the $75,000 statutory threshold.[4] This lawsuit is therefore REMANDED to Madison County Circuit Court.

**SO ORDERED**, this the 29th day of March, 2018.

                                                                       s/ Carlton W. Reeves
                                                                       UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 1.
[2] *McRae Law Firm, PLLC v. Gilmer*, No. 3:16-CV-631-CWR-FKB, 2016 WL 9526304, at *2 (S.D. Miss. Nov. 3, 2016) (quotation marks omitted).
[3] Docket No. 1-1 at 4.
[4] 28 U.S.C. § 1332.